AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the     District of     Columbia

Reed J. Newlin et al., on behalf of themselves
and all others similarly situated

V.

SBC Pension Benefit Plan, and SBC
Communications, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER   1:05CV01939

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP:  9/30/2005

TO: (Name and address of Defendant)

SBC Pension Benefit Plan
111 Soledad, Suite 150
San Antonio, Texas 78205-2212

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 243-1000

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     SEP 3 0 2005
CLERK     DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  1/23/2006 |
| NAME OF SERVER *(PRINT)*  Eleonor Bindman | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

   *EB* On 1/20/06 I served Defendant SBC Pension Benefit Plan as the Plan directs by causing the summons and complaint to be delivered to P.O. Box 29690, San Antonio, Texas 78229 by overnight USPS mail.

☒ Other (specify):

   *EB* I also incorporate by reference into this Return of Service the attached 1/20/06 letter to Plan by Ps' counsel documenting Plan's refusal to accept service in any other manner.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____1/23/2006____   _____[signature]_____
                 Date                          *Signature of Server*

                                   498 7th Street, Brooklyn, NY 11215
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Gottesdiener**
Law Firm, PLLC

New York | Washington, D.C.
www.gottesdienerlaw.com

1025 Connecticut Ave, N.W. #1000
Washington, D.C. 20036
Tel: 202.243.1000
Fax: 202.243.1001

**Eli Gottesdiener**
eli@gottesdienerlaw.com

January 20, 2006

Via USPS Express Mail
Certified and Registered
Return Receipt Requested
SBC Pension Benefit Plan
c/o SBC Communications, Inc./AT&T Inc.
P.O. Box 29690
San Antonio, Texas 78229

    Re:   *Newlin, et al. v. SBC Pension Benefit Plan et al.,* 05-1939 (CKK)

To the SBC Pension Benefit Plan:

    Enclosed please find a summons and complaint in the above-referenced matter in which you are named as a defendant. According to the most recent Summary of Material Modifications to the Summary Plan Description of which we are aware, dated February 2005, you have designated SBC Communications, Inc. (now AT&T Inc.) as your agent for service of legal process and provided the above referenced P.O. Box in San Antonio, Texas as the location for delivery of process. When we attempted to make service of process in person on SBC Communications, Inc. in San Antonio we informed that SBC does not accept process and that service must instead be made on its registered agent, CT Corporation System in Dallas. However, Ms. Shirley Dillon of CT Corporation System states that while CT is indeed SBC Communications/AT&T's registered agent, CT will not accept a summons directed to the Plan even if SBC Communications/AT&T is the Plan's designated agent for service of process. We are therefore serving you in the only manner which you have left open to us. (We are serving Defendant SBC Communications, Inc./AT&T Inc. via CT Corporation System in Dallas).

    Kindly have counsel for Defendants contact us at their earlier convenience.

    Sincerely,

    Eli Gottesdiener

Enclosures

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of _____ Columbia

Reed J. Newlin et al., on behalf of themselves
and all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

SBC Pension Benefit Plan, and SBC
Communications, Inc.

CA    CASE NUMBER  1:05CV01939

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 9/30/2005

TO: (Name and address of Defendant)

SBC Communications, Inc.
111 Soledad, Suite 150
San Antonio, Texas 78205-2212

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 243-1000

an answer to the complaint which is served on you with this summons, within ____20 (twenty)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON    SEP 30 2005
CLERK                          DATE

(By) DEPUTY CLERK

TOTAL P.03

(By) DEPUTY CLERK
AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE   CASE NUMBER 1:05CV01939

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 01/23/06 |
| NAME OF SERVER (PRINT) ADIL TADLI | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED ON SBC COMMUNICATIONS, INC BY DELIVERING TO ITS REGISTERED AGENT CT CORPORATION SYSTEM BY DELIVERING TO ITS AUTHORIZED AGENT SANDY CABALLERO AT 350 NORTH ST. PAUL STREET, SUITE 2900, DALLAS, TEXAS 75201

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JANUARY 23RD 2006       _____
                    Date                                Signature of Server

5470 LBJ FREEWAY, SUITE 100,
DALLAS, TEXAS 75240
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.