IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REED J. NEWLIN, <br><br> OCTAVIA KINCHLOE, <br><br> DOREEN J. LEW, <br><br> BRADFORD J. PARSONS <br><br> On behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> SBC PENSION BENEFIT PLAN, and <br><br> AT&T INC., <br><br> Defendants. | Civil Action No. 05-1939 (CKK) |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

Plaintiffs Reed J. Newlin, Octavia Kinchloe, Doreen J. Lew and Bradford J. Parsons, through undersigned counsel, pursuant to Rule 23 of the Federal Rules of Civil Procedure and Local Rule 23.1, hereby respectfully move the Court:

- To certify this case as a class action for all purposes of liability and relief pursuant to Fed. R. Civ. P. 23(b)(1)(A), (b)(1)(B), and (b)(2);

- To certify the proposed Class and four Subclasses, as defined more fully in the accompanying memorandum of law in support of the instant motion; and

- To appoint undersigned counsel as Class counsel pursuant to Fed. R. Civ. P. 23(g).

## **CONCLUSION**

Wherefore, for the reasons set forth in the accompanying memorandum of law and for such other reasons as may later be adduced or may appear to the Court, the instant motion should be granted

Dated: January 31, 2005            s/Eli Gottesdiener
                                   Eli Gottesdiener

                                   **GOTTESDIENER LAW FIRM, PLLC**
                                   1025 Connecticut Avenue, N.W., Suite 1000
                                   Washington, D.C. 20036
                                   Phone: (202) 243-1000
                                   Fax:    (202) 243-1001


                                   Attorney for Plaintiffs and the proposed Class and Subclasses

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2006, I caused a copy of the foregoing Motion to be served upon Defendants through their counsel in this matter as follows:

**BY HAND**

Charles D. Tetrault
Vinson & Elkins, LLP,
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008

**BY OVERNIGHT MAIL**

John L. Carter
Vinson & Elkins, LLP
2300 First City Tower
1001 Fannin St.
Houston, Texas 77002-6760

  s/Eli Gottesdiener
Eli Gottesdiener