IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REED J. NEWLIN,** | : |
| **OCTAVIA KINCHLOE,** | : |
| **DOREEN J. LEW,** | : |
| **BRADFORD J. PARSONS** | : |
| On behalf of themselves and on behalf of all others similarly situated, | : |
| Plaintiffs, | : Civil Action No. 05-1939 (CKK) |
| v. | : |
| **SBC PENSION BENEFIT PLAN,** and | : |
| **AT&T INC.,** | : |
| Defendants. | : |

## [PROPOSED] O R D E R

This matter came before the Court on Plaintiffs' Motion for Class Certification and Appointment of Class Counsel. Upon consideration of the parties' submissions, and the entire record herein, the Court finds that the Plaintiffs have established that the prerequisites for class certification pursuant to Fed. R. Civ. P. 23(b)(1)(A), (b)(1)(B), and (b)(2) have been met and that Plaintiffs' counsel should be appointed Class counsel pursuant to Fed. R. Civ. P. 23(g). This action should be certified as a class action because such an order will facilitate prosecution and resolution of the case, protect the Defendants from inconsistent and differing rulings, protect absent Class and Subclass members from an adjudication that will be as a practical matter dispositive of their interests without the procedural safeguards of Rule 23, and promote

efficiency in the federal courts by precluding unnecessary duplicative proceedings in this District and elsewhere.

It is therefore hereby ORDERED, that Plaintiffs' Motion is GRANTED.

The Court hereby finds as follows:

A. The proposed Class, on whose behalf Count Four is brought, is defined as follows:

> All persons who participated in the SBC Pension Benefit Plan (also known at times as the SBC Pension Benefit Plan – Nonbargained Program) at any time after May 31, 1997, the SNET Management Pension Plan at any time after December 31, 1995, the Pacific Telesis Group Cash Balance Pension Plan for Salaried Employees at any time after June 30, 1996, and/or the Ameritech Management Pension Plan at any time after April 30, 1995; and the beneficiaries and estates of such persons, but excluding persons who did not participate in the SBC Pension Benefit Plan until after January 14, 2005.

B. The following Subclasses also are proposed:

- SBC Transition Benefit Account ("TBA") Subclass, on whose behalf Count One is brought:

  > All persons who participated in the SBC Pension Benefit Plan – Nonbargained Program on June 1, 1997, and the beneficiaries and estates of such persons.

- Ameritech Opening DLS Benefit Subclass, on whose behalf Count Two is brought:

  > All persons who participated in the Ameritech Management Pension Plan on May 1, 1995, and the beneficiaries and estates of such persons.

- PTG Opening Cash Balance Account Subclass, on whose behalf Count Three is brought:

  > All persons who participated in the Pacific Telesis Group Cash Balance Pension Plan for Salaried Employees on July 1, 1996, and the beneficiaries and estates of such persons.

- Lump Sum Forfeiture Subclass, on whose behalf Count Five is brought:

    All persons who participated in the SBC Pension Benefit Plan – Nonbargained Program and/or the Ameritech Management Pension Plan at any time after June 13, 2001, and the beneficiaries and estates of such persons. (*See* Count Five).

C. The Court finds that proposed Class and Subclasses are sufficiently well-defined for the Court to determine whether or not an individual is a member of each Class. Moreover, the Court finds that all Plaintiffs are members of the Class, that Plaintiff Newlin is also a member of the SBC Transition Benefit Account ("TBA") Subclass, that Plaintiff Kinchloe is a member of the Ameritech Opening DLS Benefit Subclass, Plaintiff Lew is a member of the PTG Opening Cash Balance Account Subclass, and that Plaintiffs Kinchloe, Lew and Parsons are members of the Lump Sum Forfeiture Subclass.

D. In accordance with Fed. R. Civ. P. 23(a) and for the reasons set forth in Plaintiffs' submissions, the Court further finds that:

(1) The Class and Subclasses are so numerous that joinder of all members is impracticable;

(2) There are questions of law and/or fact common to the Class and Subclasses pertaining to liability and relief;

(3) The claims of Plaintiffs are typical of the claims of the Class and the Subclasses of which they are members; and

(4) Plaintiffs will fairly and adequately protect the interests of the Class and the Subclasses of which they are members.

E. The Court further finds, in accordance with Fed. R. Civ. P. 23(b)(1)(A) and for the reasons set forth in Plaintiffs' submissions, that the prosecution of separate actions by or against the individual members of the Class and Subclasses would create a risk of inconsistent or

varying adjudications with respect to individual members of the Class and Subclasses that would establish incompatible standards of conduct for the Defendants.

  F. The Court further finds in accordance with Fed. R. Civ. P. 23(b)(1)(B) and for the reasons set forth in Plaintiffs' submissions, that adjudications with respect to individual Class and Subclass members would as a practical matter be dispositive of the interests of other members not parties to the adjudication or substantially impair or impede their ability to protect their interests.

  G. The Court further finds in accordance with Fed. R. Civ. P. 23(b)(2) and for the reasons set forth in Plaintiffs' submissions, that Defendants have acted or refused to act on grounds generally applicable to the Class and Subclasses, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class and Subclasses as a whole if Plaintiffs' claims are found to have merit.

  H. The Court certifies the Class and Subclasses and this action as a class action for all purposes of liability and relief under Fed. R. Civ. P. 23(b)(1)(A), 23(b)(1)(B), and 23(b)(2).

  I. In accordance with Fed. R. Civ. P. 23(g), the Court appoints Eli Gottesdiener, of the Gottesdiener Law Firm, PLLC as Class counsel.

**IT IS SO ORDERED,** this ___ day of _____.

                _____
                **COLLEEN KOLLAR-KOTELLY**
                **UNITED STATES DISTRICT JUDGE**