IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REED J. NEWLIN, OCTAVIA KINCHLOE, DOREEN J. LEW, and BRADFORD J. PARSONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SBC PENSION BENEFIT PLAN and AT&T INC.,<br><br>Defendants. | Civil Action No. 05-01939-CKK<br><br>(Judge Kollar-Kotelly) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

SBC Pension Benefit Plan (n/k/a AT&T Pension Benefit Plan) and AT&T Inc. (f/k/a SBC Communications Inc.), Defendants in this action, move for an extension of time to and including March 10, 2006 within which to answer, move, respond, or otherwise plead in response to the First Amended Class Action Complaint. Defendants also seek an order holding in abeyance their obligation to respond to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, filed on January 31, 2006, pending a scheduling conference or further order of the Court. Defendants' counsel have discussed this motion with Plaintiffs' counsel, and the motion is unopposed in both regards.

In support of this motion, Defendants submit the following statement of points and authorities.

1.     This action was filed on September 30, 2005. Defendants were served with the initial complaint on or about January 23, 2006. On January 31, 2006, Plaintiffs filed their First Amended Class Action Complaint (the "Complaint"). On that same day, Plaintiffs also filed their class certification motion referenced above.

2.     The parties have conferred and agreed that Defendants should be permitted the additional time they seek to review, analyze, and respond to the Complaint. Defendants request that the Court establish the following schedule for Defendants to answer, move, respond, or otherwise plead in response to the Complaint:

Defendants' motion due March 10, 2006;

Plaintiffs' opposition due April 7, 2006;

Defendants' reply due April 25, 2006.

3.     The parties also have conferred regarding the timing and sequencing of Plaintiffs' motion for class certification. Plaintiffs believe that, under the circumstances of this case, proceedings on class certification should commence no later than the conclusion of the briefing on the motion to dismiss. By contrast, Defendants believe that such proceedings are appropriate only after the Court has ruled on their motion. The parties request an opportunity to address these and related issues with the Court at a status or scheduling conference sometime in late April or early May. Alternatively, or in addition, the parties propose that each side file a short position statement with respect to the class timing issue, not to exceed ten pages, by May 1, 2006. In the interim, without opposition, Defendants seek an order holding in abeyance their obligation to respond to Plaintiffs' class certification motion.

Consistent with the Court's October 7, 2005 Order Establishing Procedures, no proposed order accompanies this motion.

Wherefore, Defendants request that the Court grant this motion.

Respectfully submitted,

/s/ Charles D. Tetrault
Charles D. Tetrault, # 926527
Vinson & Elkins L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004-1008
202-639-6500
202-639-6604 (fax)
E-mail: ctetrault@velaw.com

John L. Carter
Vinson & Elkins L.L.P.
First City Tower
1001 Fannin Street, Suite 2300
Houston, TX 77002-6760
713-758-2222
713-758-2346 (fax)
E-mail: jcarter@velaw.com

Attorneys for Defendants SBC Pension Benefit Plan (n/k/a AT&T Pension Benefit Plan) and AT&T Inc.

February 7, 2006

540760_1.DOC