IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REED J. NEWLIN, OCTAVIA KINCHLOE, DOREEN J. LEW, and BRADFORD J. PARSONS, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SBC PENSION BENEFIT PLAN and AT&T INC.,<br><br>Defendants. | Civil Action No. 05-01939-CKK<br><br>(Judge Kollar-Kotelly) |

## DEFENDANTS' RULE 7.1
## DISCLOSURE STATEMENT AND CERTIFICATE

After this action was filed, on November 18, 2005, SBC Communications Inc. completed its acquisition of AT&T Corp., with the surviving entity named AT&T Inc. Similarly, the name of the other defendant in this case has been changed from SBC Pension Benefit Plan to AT&T Pension Benefit Plan.

In accordance with Fed. R. Civ. P. 7.1 and LCvR 7.1, I, the undersigned, counsel of record for Defendants SBC Pension Benefit Plan (now known as AT&T Pension Benefit Plan (the "Plan")) and AT&T Inc. (formerly known as SBC Communications Inc.), certify that, to the best of my knowledge and belief, neither AT&T Inc. nor the Plan has parents and that no publicly-held corporation owns 10% or more of the stock of either Defendant. (Indeed, the Plan

does not have any outstanding stock.) AT&T Inc. is publicly traded. No parent, subsidiary, or affiliate of either Defendant has any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                            Respectfully submitted,

                                            /s/ Charles D. Tetrault
                                            Charles D. Tetrault, # 926527
                                            Vinson & Elkins L.L.P.
                                            The Willard Office Building
                                            1455 Pennsylvania Avenue, NW
                                            Washington, DC 20004-1008
                                            202-639-6500
                                            202-639-6604 (fax)
                                            E-mail: ctetrault@velaw.com

                                            Attorney for Defendants SBC
                                            Pension Benefit Plan and AT&T Inc.

February 7, 2006

537186_1.DOC