IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REED J. NEWLIN, OCTAVIA KINCHLOE, DOREEN J. LEW, and BRADFORD J. PARSONS,<br><br>Plaintiffs,<br><br>v.<br><br>SBC PENSION BENEFIT PLAN and AT&T INC.,<br><br>Defendants. | Civil Action No. 05-01939-CKK<br><br>(Judge Kollar-Kotelly) |

## AFFIDAVIT OF LIAW HUANG

I, Liaw Huang, make the following statement under oath:

1.  I am over 21 years of age, and I am competent to make this affidavit. The statements in this affidavit are true and correct. The statements are based upon my personal knowledge, unless stated otherwise. I make this affidavit in support of Defendants' Motion to Dismiss or Transfer to be filed in this case.

2.  I am responsible for performing and reviewing actuarial functions for the SBC Pension Benefit Plan (n/k/a AT&T Pension Benefit Plan) (the "Plan"). I am employed by CCA Strategies LLC ("CCA"), which serves as the actuaries for the Plan. I hold the position of Principal. I have been employed as an actuary for approximately seven years, and I am a Fellow of the Society of Actuaries. Through my work at CCA over the past seven years, I have become

familiar with the Plan and data regarding the participants of the Plan. In addition, I currently am among the group of people at CCA that is responsible for the business records of the Plan that are maintained by CCA, insofar as such records relate to the identity, employment status, and residency status of participants in the Plan.

3. CCA provides actuarial services to the Plan. CCA gathers data regarding participants in the Plan from SBC Services, Inc. and from Affiliated Computer Services, Inc., a professional information technology firm, which provides certain services to the Plan. CCA sorts Plan data and investigates the data by performing research and calculations based upon actuarial assumptions in order to verify the reasonableness of the data and to augment the completeness of the data. CCA also determines counts of active and inactive participants in the Plan. CCA certifies Plan statistics for pension valuation and other purposes, including for use in preparing official reports that are submitted to or reviewed by several agencies of the United States Government, including the U.S. Department of Labor, the Pension Benefit Guaranty Corporation, the Securities and Exchange Commission, and the Internal Revenue Service.

4. In connection with this affidavit, I have gathered information concerning the geographic location of participants in the Plan. The information reflects the records of the Plan as of January 1, 2005, as updated with corrections resulting from CCA's subsequent investigation of the data, which incorporates up-to-date information currently available. Nationwide there are 158,419 persons who are active participants in the Plan. Of those 158,419 persons, 17 live in the District of Columbia and 32,558 live in Texas, including 5,288 in San Antonio and the immediately surrounding area, which is in the Western District of Texas. Thus, only approximately 1/100 of 1% of the Plan's active participants live in the District. Approximately 20.6% of the active Plan participants live in Texas. The information reflects the

records of the Plan as of January 1, 2005, as updated with corrections resulting from CCA's subsequent investigation of the data. It incorporates up-to-date information currently available, and it accurately reflects the data at the times of the filing of the September 30, 2005 complaint, the filing of the January 31, 2006 first amended complaint, and the execution of this affidavit.

5. In addition, the current data shows that, nationwide, there are 194,068 inactive participants in the Plan. Inactive participants are persons who are (1) currently receiving pension benefits or (2) will be entitled to receive pension and/or death benefits in the future. Of the 194,068 inactive participants in the Plan, 50 currently reside in the District of Columbia. Thus, currently approximately .026% of the inactive participants reside in the District of Columbia. In contrast, 30,912 inactive participants (i.e., approximately 15.9%) reside in Texas. A substantial portion of those inactive participants live in the Western District of Texas, including 3,380 in San Antonio and the immediately surrounding area.

_____
Liaw Huang

Cook County         )
State of Illinois   ) ss
                    )

SUBSCRIBED AND SWORN TO before me this 17 day of February, 2006.

_____
Name:
Notary Public in and for
the State of Illinois
My commission expires: 9-22-09

534133_1.DOC

"OFFICIAL SEAL"
MARY LOU SZYMCZAK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-22-2009