IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REED J. NEWLIN, OCTAVIA KINCHLOE, DOREEN J. LEW, and BRADFORD J. PARSONS,<br><br>Plaintiffs,<br><br>v.<br><br>SBC PENSION BENEFIT PLAN and AT&T INC.,<br><br>Defendants. | Civil Action No. 05-01939-CKK<br><br>(Judge Kollar-Kotelly) |

### AFFIDAVIT OF HANNAH PATTERSON

I, Hannah Patterson, make the following statement under oath:

1. I am over 21 years of age, and I am competent to make this affidavit. I reside in Comal County, Texas. The statements in this affidavit are true and correct. The statements are based upon my personal knowledge, unless stated otherwise. I make this affidavit in support of Defendants' Motion to Dismiss or Transfer to be filed in this case.

2. I am employed by AT&T Services, Inc., a subsidiary of AT&T Inc. ("AT&T"). I hold the position of Lead Benefits Consultant, and for approximately seven years I have performed various types of work in connection with the SBC Pension Benefit Plan (n/k/a as

AT&T Pension Benefit Plan) (the "Plan").  Through that work, I have become familiar with the operations and business of the Plan and AT&T.

3.  The Plan is administered in San Antonio, Texas, and significant activities associated with the Plan are performed there.  The Plan Design Department is based in San Antonio.  The employees directly responsible for oversight and management of the Plan's operations are located in San Antonio.  Management of all vendors providing services to the Plan is performed in San Antonio.  Appeals of all benefit claims are heard in San Antonio.  The fiduciaries of the Plan are located in San Antonio.

4.  AT&T uses Affiliated Computer Services, Inc., a professional information technology firm to perform certain administrative functions for the Plan.  Data regarding AT&T's employees maintained electronically by AT&T's Payroll Department is transmitted daily to this firm.  The firm then identifies active and inactive participants in the Plan and distributes benefits to Plan participants.  Generally speaking, active participants are current employees who participate in the Plan and who have satisfied the one-year waiting period for participation.  Inactive participants are persons who have left the employment of the company and who (i) currently are receiving pension benefits, (ii) could receive pension or death benefits in the future, or (iii) have cashed out their pension benefits and are eligible to receive only a death benefit in the future.

5.  At least once a year, Plan data is supplied to the Plan's actuaries, CCA Strategies LLC ("CCA").  CCA sorts Plan data and investigates the data by performing research and calculations based upon actuarial assumptions in order to verify the reasonableness and completeness of the data.  CCA also determines counts of active and inactive participants in the Plan. CCA certifies Plan statistics for pension valuation and other purposes, including for use in

preparing official reports that are submitted to or reviewed by agencies of the United States Government.

*Hannah Patterson*
Hannah Patterson

)
Bexar County      )
State of Texas    ) ss
)

SUBSCRIBED AND SWORN TO before me this 2nd day of February, 2006.



*Christine Holland*
Name:
Notary Public in and for
the State of Texas
My commission expires: may 17, 2009

522585_3.DOC