IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REED J. NEWLIN, OCTAVIA KINCHLOE, DOREEN J. LEW, and BRADFORD J. PARSONS,<br><br>Plaintiffs,<br><br>v.<br><br>SBC PENSION BENEFIT PLAN and AT&T INC.,<br><br>Defendants. | Civil Action No. 05-01939-CKK<br><br>(Judge Kollar-Kotelly) |

### AFFIDAVIT OF STARLENE MEYERKORD

BEFORE ME, the undersigned authority, personally appeared Starlene Meyerkord, who, being duly sworn, deposed as follows:

1. My name is Starlene Meyerkord. I am a Director in the office of Vice President & Secretary for AT&T Inc. f/k/a SBC Communications Inc. (hereinafter referred to as "SBC"). I have served in that position since November 16, 2000. I am over the age of 21 and competent to make this Affidavit. This Affidavit is based upon my personal knowledge, review of appropriate business records, and interviews with appropriately knowledgeable persons. The statements contained herein are true and correct. I make this affidavit in support of Defendants' Motion to Dismiss or Transfer filed in this case.

2. SBC is a Delaware corporation, with its principal place of business at 175 E. Houston, San Antonio, Texas 78205.

3.  SBC is a holding company that owns the stock of various telecommunications companies that are in the business of providing and selling telecommunication services.

4.  SBC has no employees in Washington D.C.

5   SBC does not do business in Washington D.C. and has no authority to do business in Washington D.C.

6.  SBC owns no property in Washington D.C.

7.  SBC has never had an agent for service of process in Washington, D.C.

8.  SBC has never paid franchise, income, property, severance, or use taxes in Washington, D.C.

FURTHER, affiant sayeth not.

_____
STARLENE MEYERKORD
DIRECTOR - SECRETARY'S OFFICE
AT&T INC. f/k/a SBC COMMUNICATIONS INC.

STATE OF TEXAS         )
                       )
COUNTY OF BEXAR        )

SUBSCRIBED AND SWORN TO before me this 7th day of March, 2006.



_____
Name: Lisa K. Fox
Notary Public in and for
the State of Texas
My commission expires: 4-21-07