### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REED J. NEWLIN,** *et al.* | : | |
| | : | |
| | : | |
| **Plaintiffs,** | : | **Civil Action No. 05-1939 (CKK)** |
| **v.** | : | |
| | : | |
| **SBC PENSION BENEFIT PLAN,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, through undersigned counsel,

notice the voluntary dismissal of this action without prejudice.

Dated:  April 6, 2006                    Respectfully submitted,


      /s/ Eli Gottesdiener
Eli Gottesdiener

**GOTTESDIENER LAW FIRM, PLLC**
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C.  20036
Phone:          (202) 243-1000
Fax:              (202) 243-1001

Attorney for the Plaintiffs